1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EMUI L. CHOI (WVSBN 0722)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6       150 Almaden Blvd., Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5056
        FAX: (408) 535-5066
        Susan.Knight@usdoj.gov            *E-FILED - 6/1/05*
8
9  Attorneys for Plaintiff

10
11                      UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
13                            SAN JOSE DIVISION
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER TO EXCLUDE TIME
CR 05-00288 RMW

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | No. CR 05-00288 RMW |
| 2 | Plaintiff, ) | |
| 3 | v. ) | [~~XXXXXXXX~~] [PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| 4 | ) | CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) |
| 5 | MARIO PONCE, ) | & 3161(h)(8)(B)(iv)) |
| 6 | Defendant. ) | |

On May 16, 2005, the parties appeared before the Court for an initial appearance. At the hearing, Assistant United States Attorney Susan Knight explained that the government recently provided discovery to Assistant Federal Public Defender Lara Vinnard, and that she needed time to review it. Therefore, the parties jointly requested that the case be continued until June 13, 2005 in order for AFPD Vinnard to review the discovery and discuss the government's case with the defendant. In addition, the parties stipulated and agreed that an exclusion under Speedy Trial Act from May 16, 2005 until June 13, 2005 was appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED.                          KEVIN V. RYAN
                                        United States Attorney

DATED:_____                    _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney


DATED:_____                    _____/s/_____
                                        LARA VINNARD
                                        Assistant Federal Public Defender


Accordingly, the Court HEREBY ORDERS that a status hearing be scheduled for June 13, 2005 at 9:00 a.m.

The Court FURTHER ORDERS that the time between May 16, 2005 and June 20, 2005 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the

1  public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
2  Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§
3  3161(h)(8)(A) and 3161(h)(8)(B)(iv).
4  IT IS SO ORDERED.

6  6/1/05                           /S/ RONALD M. WHYTE
   Dated                             RONALD M. WHYTE
7                                        United States District Judge

XXXXXXX
[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00288 RMW                                3