KEVIN V. RYAN (CSBN 118321)
United States Attorney

EMUI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/24/05*

Case No.: CR-05-00288-RMW

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00288 RMW

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | No. CR 05-00288 RMW |
| 2 | Plaintiff, ) | |
| 3 | v. ) | ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| 4 | MARIO PONCE, ) | CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| 5 | Defendant. ) | |

On August 8, 2005, the parties appeared before the Court for a status hearing. At the hearing, Assistant Federal Public Defender Lara Vinnard informed the Court that she is waiting to obtain a transcript of the defendant's guilty plea to a felony offense in state court. The defendant's conviction of that felony offense was the basis of his removal from the United States. AFPD Vinnard further explained that she needs time to review the transcript and consult with an immigration attorney regarding whether the defendant's immigration status could be restored based upon overturning his felony conviction. Therefore, the parties jointly requested that the case be continued until September 26, 2005 in order for AFPD Vinnard to obtain the transcript and consult an immigration attorney. In addition, the parties stipulated and agreed that an exclusion under Speedy Trial Act from August 8, 2005 to September 26, 2005 was appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED.                             KEVIN V. RYAN
                                           United States Attorney

DATED:_____                       _____/s/_____
                                           SUSAN KNIGHT
                                           Assistant United States Attorney


DATED:_____                       _____/s/_____
                                           LARA VINNARD
                                           Assistant Federal Public Defender


Accordingly, the Court HEREBY ORDERS that a status hearing be scheduled for September 26, 2005 at 9:00 a.m.

The Court FURTHER ORDERS that the time between August 8, 2005 and September 26,

1  2005 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the
2  requested continuance would deny the defendant effective preparation of counsel. The Court
3  finds that the ends of justice served by granting the requested continuance outweigh the best
4  interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal
5  cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
6  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
7  IT IS SO ORDERED.

8/24/05
_____
Dated

RONALD M. WHYTE
United States

**APPROVED**
Judge Ronald M. Whyte
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00288 RMW                                3