BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION   *E-FILED - 10/5/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00288 RMW |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING; ORDER** |
| v. ) | |
| ) | |
| MARIO PONCE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, September 26, 2005, at 9:00 a.m., be continued to Monday, October 24, 2005, at 9:00 a.m. The parties agree that the hearing should be continued because the defense is continuing to investigate and consult with an immigration attorney regarding whether Mr. Ponce's immigration status could be restored, based on possible defects in the felony conviction that led to his deportation. At this time, the defense has obtained a copy of the transcript from his guilty plea in state court, and is in the process of obtaining additional relevant information.

    The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for investigation and preparation, and the ends of justice outweigh the

1  defendant's and the public's need for a speedy trial.

2  Dated: September 23, 2005                              _____/s/_____
                                                          LARA S. VINNARD
3                                                         Assistant Federal Public Defender

4  Dated: September 23, 2005                              _____/s/_____
                                                          SUSAN KNIGHT
5                                                         Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE, ORDER
No. CR 05-00288 RMW                              2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00288 RMW |
| ) Plaintiff, ) | **ORDER CONTINUING** |
| v. ) | **HEARING** |
| ) MARIO PONCE, ) | |
| ) Defendant. ) | |

The parties have jointly requested a continuance of the hearing set for September 26, 2005, on grounds that the defense is continuing to investigate whether Mr. Ponce may be able to restore his immigration status based on possible defects in the felony conviction that provided grounds for his removal from the United States.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for September 26, 2005, be continued to Monday, October 24, 2005, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from September 26, 2005, to Monday, October 24, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 10/5/05

/S/ RONALD M. WHYTE
_____
RONALD M. WHYTE
United States District Judge