BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/21/05*

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00288 RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING; ORDER** |
| v. | ) | |
| | ) | |
| MARIO PONCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, October 24, 2005, at 9:00 a.m., be continued to Monday, November 21, 2005, at 9:00 a.m.  The parties agree that the hearing should be continued because defense investigation is ongoing regarding whether Mr. Ponce's immigration status could be restored, based on possible defects in the felony conviction that led to his deportation.   The defense has recently located Mr. Ponce's former attorney in that case and hopes to interview her this week.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

1  Dated: 10/18/05                                  _____/s/_____
                                                    LARA S. VINNARD
2                                                   Assistant Federal Public Defender

3  Dated: 10/18/05                                  _____/s/_____
                                                    SUSAN KNIGHT
4                                                   Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>MARIO PONCE,<br><br>          Defendant. | No. CR 05-00288 RMW<br><br>**ORDER CONTINUING HEARING** |

The parties have jointly requested a continuance of the hearing set for September 26, 2005, on grounds that the defense investigation is ongoing with respect to the felony conviction that provided grounds for Mr. Ponce's removal from the United States.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 24, 2005, be continued to Monday, November 21, 2005, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 24, 2005, to November 21, 2005, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 10/21/05

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge