1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PONCE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION         *E-FILED - 2/6/06*

11 UNITED STATES OF AMERICA,        )   No. CR 05-00288 RMW
                                    )
12         Plaintiff,                )   **STIPULATION TO CONTINUE**
                                    )   **HEARING;  ORDER**
13 v.                                )
                                    )
14 MARIO PONCE,                     )
                                    )
15         Defendant.                )
   _____  )
16

17     Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, February 13, 2006, at 9:00 a.m., be continued to Monday, April 3, 2006, at 9:00 a.m.

20 The defense requests the continuance because the immigration attorney hired by Mr. Ponce's

21 family, Phil Vaughns, has filed a motion in state court to vacate or modify the felony conviction

22 that rendered Mr. Ponce deportable.   Mr. Vaughns expects that the motion will be resolved

23 within approximately one months, and will then determine whether additional action can be

24 taken in immigration court with respect to Mr. Ponce's status.

25     The parties further agree that time should be excluded under the Speedy Trial Act until

26 the next hearing of this matter because the defense requires time for investigation and

1  preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy
2  trial.

3  Dated: 2/2/06                                            _____/s/_____
                                                             LARA S. VINNARD
4                                                            Assistant Federal Public Defender

5  Dated: 2/2/06                                            _____/s/_____
                                                             SUSAN KNIGHT
6                                                            Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00288 RMW                              2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>MARIO PONCE,<br><br>           Defendant. | No. CR 05-00288 RMW<br><br>**ORDER CONTINUING**<br>**HEARING AND EXCLUDING TIME** |

The parties have jointly requested a continuance of the hearing set for February 13, 2006, on grounds that a motion has been filed in state court to vacate or modify the conviction that rendered Mr. Ponce deportable.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 13, 2006, be continued to Monday, April 3, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from February 13, 2006, to April 3, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 2/6/06

      /S/ RONALD M. WHYTE
      RONALD M. WHYTE
      United States District Judge