1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PONCE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION              *E-FILED - 4/7/06*

11  UNITED STATES OF AMERICA,      )   No. CR 05-00288 RMW
                                   )
12          Plaintiff,              )   **STIPULATION TO CONTINUE**
                                   )   **HEARING;  ORDER**
13  v.                              )
                                   )
14  MARIO PONCE,                    )
                                   )
15          Defendant.              )
    _____)
16

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Monday, April 3, 2006, at 9:00 a.m., be continued to Monday, May 8, 2006, at 9:00 a.m.  The

20  defense requests the continuance because Mr. Ponce's counsel in a related proceeding has filed a

21  motion in state court to obtain post-conviction relief for the felony conviction that rendered Mr.

22  Ponce deportable.  That motion has been pending for approximately one month, and Mr. Ponce is

23  awaiting a ruling.

24       The parties further agree that time should be excluded under the Speedy Trial Act because

25  the defense requires time for investigation and preparation, and the ends of justice outweigh the

26  defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00288 RMW                    1

1  Dated: 3/30/06                                    _____/s/_____
                                                     LARA S. VINNARD
2                                                    Assistant Federal Public Defender

3  Dated: 3/30/06                                    _____/s/_____
                                                     SUSAN KNIGHT
4                                                    Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE
No. CR 05-00288 RMW                2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>                            Plaintiff,       )<br>v.                                                     )<br>                                                          )<br>MARIO PONCE,                              )<br>                                                          )<br>                            Defendant.   )<br>_____) | No. CR 05-00288 RMW<br><br>**ORDER CONTINUING**<br>**HEARING AND EXCLUDING TIME** |

The parties have jointly requested a continuance of the hearing set for April 3, 2006, on grounds that the defense is awaiting a ruling in state court on a motion to obtain post-conviction relief for Mr. Ponce with respect to the conviction that rendered him deportable.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for April 3, 2006, be continued to May 8, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 3, 2006, to May 8, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  4/7/06                                              /S/ RONALD M. WHYTE
                                                                    RONALD M. WHYTE
                                                                    United States District Judge