1   BARRY J. PORTMAN
    Federal Public Defender
2   LARA S. VINNARD
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant PONCE

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION        *E-FILED - 5/11/06*

11  UNITED STATES OF AMERICA,          )    No. CR 05-00288 RMW
                                       )
12                  Plaintiff,         )    **STIPULATION TO CONTINUE**
                                       )    **HEARING AND EXCLUDE TIME;**
13  v.                                 )     **ORDER**
                                       )
14  MARIO PONCE,                       )
                                       )
15                  Defendant.         )
    _____   )
16

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Monday, May 8, 2006, at 9:00 a.m., be continued to Monday, June 12, 2006, at 9:00 a.m.   The

20  defense requests the continuance on the following grounds:  Mr. Ponce is represented by Phil

21  Vaughns, Esq., in proceedings in Santa Clara Superior Court to obtain post-conviction relief on

22  the felony conviction that rendered him deportable.   The motion filed by Mr. Vaughns was

23  denied on technical grounds, and he is seeking reconsideration of the ruling.

24          The parties further agree that time should be excluded under the Speedy Trial Act because

25  the defense requires time for investigation and preparation, and the ends of justice outweigh the

26  defendant's and the public's need for a speedy trial.

1  Dated: 5/5/06                              _____/s/_____
                                             LARA S. VINNARD
2                                            Assistant Federal Public Defender

3  Dated: 5/5/06                              _____/s/_____
                                             SUSAN KNIGHT
4                                            Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | No. CR 05-00288 RMW |
| | ) | |
| 11 Plaintiff, | ) | **ORDER CONTINUING** |
| v. | ) | **HEARING** |
| 12 | ) | |
| MARIO PONCE, | ) | |
| 13 | ) | |
| Defendant. | ) | |
| 14 | ) | |

15     The parties have jointly requested a continuance of the hearing set for June 12, 2006,

16 on grounds that the defense is continuing to investigate whether Mr. Ponce may be able to

17 restore his immigration status based on possible defects in the felony conviction that provided

18 grounds for his removal from the United States.

19     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

20 presently set for May 8, 2006, be continued to Monday, June 12, 2006, at 9:00 a.m.

21     Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

22 from May 8, 2006, to Monday, June 12, 2006, shall be excluded from the period of

23 time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

24

25 Dated:  5/11/06                                        /s/ Ronald M. Whyte

                                                      RONALD M. WHYTE
26                                                     United States District Judge

ORDER CONTINUING HEARING
No. CR 05-00288 RMW                    3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26