1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PONCE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION         *E-FILED - 8/2/06*

11  UNITED STATES OF AMERICA,        )   No. CR 05-00288 RMW
                                     )
12              Plaintiff,            )   **STIPULATION TO CONTINUE**
                                     )   **HEARING AND EXCLUDE TIME;**
13  v.                                )    **ORDER**
                                     )
14  MARIO PONCE,                      )
                                     )
15              Defendant.            )
    _____  )
16

17                              **STIPULATION**

18       Defendant and the government, through their respective counsel, hereby stipulate that,

19  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

20  Monday, July 17, 2006, at 9:00 a.m., be continued to Monday, August 21, 2006, at 9:00 a.m.

21  The defense requests the continuance on the following grounds:  Mr. Ponce is represented by Phil

22  Vaughns, Esq., who is awaiting for a ruling on a motion for reconsideration with respect to a

23  habeas petition in Santa Clara Superior Court.  The petition seeks post-conviction relief with

24  respect to the felony conviction that rendered Mr. Ponce deportable.

25       The parties further agree that time should be excluded under the Speedy Trial Act because

26  the defense requires time for investigation and preparation, and the ends of justice outweigh the

STIPULATION TO CONTINUE
HEARING DATE;  ORDER
No. CR 05-00288 RMW                   1

1  defendant's and the public's need for a speedy trial.

2  Dated: 7/13/06                                  _____/s/_____
                                                   LARA S. VINNARD
3                                                  Assistant Federal Public Defender

4  Dated: 7/13/06                                  _____/s/_____
                                                   SUSAN KNIGHT
5                                                  Assistant United States Attorney

6

7                                    **ORDER**

8      The parties have jointly requested a continuance of the hearing set for June 12, 2006, on

9  grounds that Mr. Ponce's attorney in related state court proceedings is awaiting a ruling on a

10 motion for reconsideration with respect to the conviction that rendered Mr. Ponce deportable.

11     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

12 presently set for June 12, 2006, be continued to August 21, 2006, at 9:00 a.m.

13     Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

14 from June 12, to August 21, 2006, shall be excluded from the period of time within which trial

15 must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

16

17 Dated:  8/2/06                                   /S/ RONALD M. WHYTE
                                                   _____
                                                   RONALD M. WHYTE
18                                                 United States District Judge

19

20

21

22

23

24

25

26