1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PONCE

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION          *E-FILED - 9/21/06*
10
   UNITED STATES OF AMERICA,        )   No. CR 05-0288 RMW
11                                   )
              Plaintiff,             )   **STIPULATION TO CONTINUE**
12 v.                                )   **HEARING AND EXCLUDE TIME;**
                                     )   **ORDER**
13 MARIO PONCE                       )
                                     )
14            Defendant.             )
   _____ )
15

16                          **STIPULATION**

17        Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19 Monday, August 28, 2006, at 9:00 a.m., be continued to Monday, September 18, 2006, at 9:00

20 a.m. The defense requests the continuance on the following grounds: Mr. Ponce is represented

21 by Phil Vaughns, Esq., who is awaiting for a ruling on a motion for reconsideration with respect

22 to a habeas petition in Santa Clara Superior Court. The petition seeks post-conviction relief with

23 respect to the felony conviction that rendered Mr. Ponce deportable. Additionally, defense

24 counsel is unavailable in late August.

25        The parties further agree that time should be excluded under the Speedy Trial Act until

26 the next hearing of this matter because the defendants require time for investigation and

STIPULATION TO CONTINUE
HEARING DATE; ORDER
No. CR 05-0288 RMW                          1

preparation, and the ends of justice outweigh the defendants' and the public's need for a speedy trial.

Dated: 8/23/06

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender
Attorney for Mario Ponce

Dated: 8/23/06

_____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

## **ORDER**

The parties have jointly requested a continuance of the hearing set for August 28, 2006, on the grounds that Mr. Ponce's attorney in related state court proceedings is awaiting a ruling on a motion for reconsideration with respect to the conviction that rendered Mr. Ponce deportable. Additionally, defense counsel is unavailable in late August.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for August 28, 2006, be continued to September 18, 2006, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from August 28, 2006 to September 18, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:  9/21/06

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; ORDER
No. CR 05-0288 RMW            2