```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  LARA S. VINNARD
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant PONCE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 11/9/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00288 RMW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** |
| v. | **[] ORDER** |
| MARIO PONCE, | |
| Defendant. | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, October 23, 2006, at 9:00 a.m., be continued to Monday, October 30, 2006, at 9:00 a.m. The parties are negotiating the terms of a plea agreement, and the defense requires time to discuss the plea with Mr. Ponce.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

1  Dated: 10/20/06                                    _____/s/_____
                                                      LARA S. VINNARD
2                                                     Assistant Federal Public Defender

3  Dated: 10/20/06                                    _____/s/_____
                                                      SUSAN KNIGHT
4                                                     Assistant United States Attorney

5

6                                          **ORDER**

7       The parties have jointly requested a continuance of the hearing set for October 23, 2006,

8  on grounds that the parties are negotiating the terms of a plea agreement, and the defense requires

9  time to discuss the plea with Mr. Ponce.

10      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

11 presently set for October 23, 2006, be continued to October 30, 2006, at 9:00 a.m.

12      Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time

13 from October 23, 2006, from October 30, 2006, shall be excluded from the period of time within

14 which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

15

16 Dated:  11/9/06                                     /s/ Ronald M. Whyte
                                                      _____
                                                      RONALD M. WHYTE
17                                                    United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [] ORDER
No. CR 05-00288 RMW                        2