1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6     150 Almaden Blvd., Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5056
      FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,      )   No. 05-00288 RMW
                                  )
14      Plaintiff,                )
                                  )   STIPULATION AND [~~PROPOSED~~]
15      v.                        )   ORDER EXCLUDING TIME
                                  )
16 MARIO PONCE,                   )
                                  )
17      Defendant.                )   SAN JOSE VENUE
                                  )
18 _____)

19

20      On October 30, 2006, the undersigned parties appeared before the Court for a status

21 appearance. At that appearance, Assistant Federal Public Defender Lara Vinnard informed the

22 Court that the defendant needed to meet with his immigration counsel regarding the outcome of

23 his collateral attack on his state conviction. Therefore, the parties requested that the case be

24 continued to November 13, 2006 at 9:00 a.m. In addition, the parties request an exclusion of

25 time under the Speedy Trial Act from October 30, 2006 to November 13, 2006. The parties

26 agree and stipulate that an exclusion of time is appropriate based on the defendant's need for

27 effective preparation of counsel.

28 //

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN |
| 2 | | United States Attorney |
| 3 | DATED:_____ | _____/s/_____ |
| 4 | | SUSAN KNIGHT<br>Assistant United States Attorney |
| 5 | | |
| 6 | DATED:_____ | _____/s/_____<br>LARA S. VINNARD |
| 7 | | Assistant Federal Public Defender |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing be continued to November 13, 2006 at 9:30a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from October 30, 2006 to November 13, 2006.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 11/17/06

/s/ Ronald M. Whyte
_____
RONALD M. WHYTE
United States Magistrate Judge

STIPULATION AND [XXXXXXX] ORDER
NO. 05-00288 RMW                                2